**Opinion filed April 24, 2014**



## In The

# Eleventh Court of Appeals

_____

## No. 11-13-00362-CV
_____

## CHARLES STEPHENSON AND BRENDA STEPHENSON, INDIVIDUALLY AND D/B/A CISCO MEDICAL CLINIC, Appellants

## V.

## GARY BUTKA, M.D., Appellee

**On Appeal from the 91st District Court**
**Eastland County, Texas**
**Trial Court Cause No. CV0941719**

### M E M O R A N D U M   O P I N I O N

Charles Stephenson and Brenda Stephenson, individually and d/b/a Cisco Medical Clinic, Appellants, have filed in this court a motion to dismiss appeal. In the motion, Appellants state that they "no longer wish to pursue this appeal," and they request that this court dismiss their appeal. Therefore, in accordance with Appellants' request, we dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

The motion to dismiss is granted, and the appeal is dismissed.

April 24, 2014                                                PER CURIAM

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.